BRIAN R. ADE, ESQ.
RIVKIN RADLER LLP
21 Main Street, Suite 158
Court Plaza South, West Wing
Hackensack, New Jersey 07601
201-287-2460
*Attorneys for Defendant*
*QBE Insurance Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY and LIBERTY INSURANCE UNDERWRITERS INC., | Civil Action No. 3:15-cv-07414-AET-DGA |
| Plaintiffs, | CIVIL ACTION |
| -against- | **NOTICE OF JOINDER BY DEFENDANT QBE INSURANCE CORPORATION IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO REMAND** |
| WAL-MART STORES INC. AND WAL-MART TRANSPORTATION LLC, QBE INSURANCE CORPORATION, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and XL INSURANCE AMERICA, INC., | |
| Defendants. | |

Defendant, QBE INSURANCE CORPORATION ("QBE"), by its attorneys, Rivkin Radler LLP, hereby joins in Plaintiffs', Ohio Casualty Insurance Company's and Liberty Insurance Underwriters, Inc.'s, Reply Brief in Support of Motion to Remand. (Dkt. 30). QBE joins in the relief sought by Plaintiffs and agrees that this action should be remanded to New Jersey state court.

Dated:  November 12, 2015					RIVKIN RADLER LLP


							BY: /s/ Brian R. Ade
								Brian R. Ade, Esq.
								21 Main Street, Suite 158
								Court Plaza South, West Wing
								Hackensack, New Jersey 07601
								201-287-2460
								*Attorneys for Defendant*
								*QBE Insurance Corporation*

3296371 v1